UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV18-07229 JAK (AGRx) | Date | December 3, 2018 |
|---|---|---|---|
| Title | Tracy Aguirre v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Phyllis Preston |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Richard A. Apodaca | Ruben D. Escalante |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT; OR IN THE ALTERNATIVE, LEAVE TO AMEND PLAINTIFF'S COMPLAINT (DKT. 9)**

**STATUS CONFERENCE RE SETTLEMENT**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand Action to State Court, or in the Alternative, Leave to Amend Plaintiff's Complaint (the "Motion"). Counsel address the Court. The Motion is taken **UNDER SUBMISSION** and a ruling will be issued.

The status conference is not held. The Court will reschedule the conference, if necessary, upon the issuance of the final ruling on the Motion.

**IT IS SO ORDERED.**

|  | : | 16 |
|---|---|---|
| Initials of Preparer | ak | |